UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DONALD YANG BUDGE,<br><br>　　　　　Defendant. | CASE NO. MJ24-05388<br><br>ORDER |

This matter is before the Court on the Government's Emergency Appeal of Release Order and Motion for Stay, Dkt. 4.

On December 5, 2024, Magistrate Judge Michael S. Berg of the Southern District of California issued an order releasing Defendant Budge on a $35,000 cash bond, secured by a $3,500 cash deposit. Dkt. 4 at 4.

The Government has moved for an emergency stay of the release order pursuant to 18 U.S.C. § 3142(f). *Id.* at 5.

The Court has conducted a *de novo* review of the Government's motion, Dkt. 4, and the Complaint, Dkt. 1, and for the reasons provided in the Government's motion,

ORDER - 1

Dkt. 4, that the Court preliminarily finds, the Court grants the Government's request for an emergency stay pending a review hearing on the motion to appeal the release order.

The Court orders as follows:

Defendant shall remain in the custody of the United States Marshal who shall transport Defendant to the Federal Detention Center ("FDC") in SeaTac, Washington;

Upon his arrival at the FDC, the Court shall set an expedited hearing date on the Government's motion to appeal the release order;

Defendant shall be appointed counsel.

SO ORDERED this 6th day of December, 2024.

BENJAMIN H. SETTLE
United States District Judge