The Honorable Benjamin H. Settle

Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington

December 18, 2024
RAVI SUBRAMANIAN, Clerk
By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

   Plaintiff,

   v.

RYAN MATTHEW GENNETTE,

DONALD YANG BUDGE,

   Defendants.

NO. CR24-5259BHS

**SUPERSEDING INDICTMENT**

The Grand Jury charges that:

## COUNT 1

**(Conspiracy to Distribute Controlled Substances)**

Beginning at a time unknown, and continuing until at least November 18, 2024, in Island and Pierce Counties, within the Western District of Washington, and elsewhere, RYAN MATTHEW GENNETTE, DONALD YANG BUDGE, and others known and unknown, did knowingly and intentionally conspire to distribute a controlled substance, including: methamphetamine, and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), substances controlled under Title 21, United States Code.

The Grand Jury further alleges that with respect to RYAN MATTHEW GENNETTE and DONALD YANG BUDGE, their conduct as a member of the

Superseding Indictment - 1
United States v. Gennette, et al., CR24-5259BHS
USAO No. 2024R00679

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(A).

The Grand Jury further alleges that with respect to RYAN MATTHEW GENNETTE and DONALD YANG BUDGE, their conduct as a members of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(A).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## COUNT 2

### (Attempted Distribution of Controlled Substances)

On or about June 3, 2024, in Island County within the Western District of Washington, and elsewhere, RYAN MATTHEW GENNETTE and others known and unknown, did knowingly and intentionally attempt to distribute, and aid and abet the attempted distribution of, a controlled substance, including: methamphetamine and fentanyl, substances controlled under Title 21, United States Code.

The Grand Jury further alleges that this offense involved 500 grams or more of methamphetamine, its salts, isomers, or salts of its isomers.

It is further alleged that this offense involved 400 grams or more of a mixture or substance containing a detectable amount of fentanyl.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

Superseding Indictment - 2
*United States v. Gennette, et al.,* CR24-5259BHS
USAO No. 2024R00679

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846, and Title 18, United States Code, Section 2.

### COUNT 3

**(Distribution of Controlled Substances)**

On or about July 3, 2024, in Pierce County, Washington within the Western District of Washington, and elsewhere, RYAN MATTHEW GENNETTE, and others known and unknown, did knowingly and intentionally distribute, and aid and abet the distribution of, a controlled substance, including methamphetamine, a substance controlled under Title 21, United States Code.

It is further alleged that this offense involved 500 grams or more of a mixture or substance containing methamphetamine, its salts, isomers, or salts of its isomers.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and Title 18, United States Code, Section 2.

### COUNT 4

**(Distribution of Controlled Substances)**

On or about October 3, 2024, in Pierce County, Washington within the Western District of Washington, and elsewhere, RYAN MATTHEW GENNETTE, DONALD YANG BUDGE, and others known and unknown, did knowingly and intentionally distribute, and aid and abet the distribution of, a controlled substance, including methamphetamine, a substance controlled under Title 21, United States Code.

It is further alleged that this offense involved 500 grams or more of a mixture or substance containing methamphetamine, its salts, isomers, or salts of its isomers.

Superseding Indictment - 3
*United States v. Gennette, et al.*, CR24-5259BHS
USAO No. 2024R00679

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 5

**(Distribution of Controlled Substances)**

On or about October 28, 2024, in Pierce County, Washington within the Western District of Washington, and elsewhere, RYAN MATTHEW GENNETTE, DONALD YANG BUDGE, and others known and unknown, did knowingly and intentionally distribute, and aid and abet the distribution of, a controlled substance, including methamphetamine, a substance controlled under Title 21, United States Code.

It is further alleged that this offense involved 500 grams or more of a mixture or substance containing methamphetamine, its salts, isomers, or salts of its isomers.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 6

**(Distribution of Controlled Substances)**

On or about November 14, 2024, in Lewis County, Washington within the Western District of Washington, and elsewhere, DONALD YANG BUDGE, and others known and unknown, did knowingly and intentionally distribute, and aid and abet the distribution of, a controlled substance, including methamphetamine, a substance controlled under Title 21, United States Code.

Superseding Indictment - 4
*United States v. Gennette, et al.,* CR24-5259BHS
USAO No. 2024R00679

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

It is further alleged that this offense involved 500 grams or more of a mixture or substance containing methamphetamine, its salts, isomers, or salts of its isomers.

It is further alleged that this offense involved 400 grams or more of a mixture or substance containing a detectable amount of fentanyl.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and Title 18, United States Code, Section 2.

### FORFEITURE ALLEGATION

The allegations contained in Counts 1–6 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of any of the offenses alleged in Counts 1, 4, and 5, RYAN MATTHEW GENNETTE and DONALD YANG BUDGE shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense. Such property includes, but is not limited to, the following property seized from MATTHEW GENNETTE on or about November 18, 2024:

  a. one silver and gold colored Rolex CLS 72200;
  b. one silver and blue colored Rolex watch face, #326934;
  c. one Heckler & Koch GMBH Obendorf/Neckar pistol, S/N 127773;
  d. one Taurus pistol with light attachment, S/N TDS64096;
  e. one Glock magazine containing 16 rounds of 9mm ammunition;
  f. one Taurus magazine containing 4 rounds of Fiocchi USA ACP ammunition;
  g. one dark grey magazine containing 7 rounds of S&B ammunition;
  h. one Taurus magazine containing 10 rounds of JAG 9mm ammunition;

Superseding Indictment - 5
United States v. Gennette, et al., CR24-5259BHS
USAO No. 2024R00679

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

        i.        one Sig Sauer 9mm magazine containing 15 rounds of ammunition; and

        j.        any other associated magazines, firearm accessories, and ammunition.

Upon conviction of either of the offenses alleged in Counts 2 and 3, RYAN MATTHEW GENNETTE shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense.

Upon conviction of the offense alleged in Count 6, DONALD YANG BUDGE shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense.

Superseding Indictment - 6
*United States v. Gennette, et al.*, CR24-5259BHS
USAO No. 2024R00679

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1     **Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

    a.     cannot be located upon the exercise of due diligence;

    b.     has been transferred or sold to, or deposited with, a third party;

    c.     has been placed beyond the jurisdiction of the Court;

    d.     has been substantially diminished in value; or

    e.     has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL: yes

DATED: 12/18/2024

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____
FOREPERSON

_____
TESSA M. GORMAN
United States Attorney

_____
VINCENT T. LOMBARDI
Assistant United States Attorney

_____
CRYSTAL CORREA
Assistant United States Attorney

Superseding Indictment - 7
*United States v. Gennette, et al.,* CR24-5259BHS
USAO No. 2024R00679

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970