## Defendant Status Sheet
(Prepare ONE for EACH defendant)

**Defendant Status**

Defendant Name: Ryan Matthew Gennette

Is there already a charging document filed for this defendant for this case in this district?

☒ Yes   ☐ No     If yes: Indictment

If yes, please enter the cause number below:

   CR24-5259 BHS     or     MJ Enter MJ Cause Number here.

Has the Defendant had an initial appearance in this case in this district?   ☐ Yes   ☒ No

**Defendant Location**

☐ At the FDC under the cause number indicated above.

☐ At the FDC under a different cause number: Enter different cause number here.

☒ In custody under this cause number in another District: District of Arizona, transferring to FDC

☐ In custody (different cause number) in another District: Enter other info here.

☐ In local custody: Enter local jurisdiction here.

☐ In the community on supervision under cause number: Enter cause number here.

☐ At large.

☐ Other: Click or tap here to enter text.

**Release**

☐ Continue Conditions of release

☒ Continue Detention

☐ Not set; temporary detention; detention hearing scheduled for:

**Arraignment**

☐ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).

☐ Summons to be issued for: Click or tap to enter a date.

   ☐ Defendant Address: Click or tap here to enter text.

☒ Letter to defense counsel for appearance on: TBD

   ☐ Defense Counsel name and address: Alyson Barker

**Trial**

Estimated trial length (days): 5 days

## Defendant Status Sheet
(Prepare ONE for EACH defendant)

**Defendant Status**

Defendant Name: Donald Yang Budge

Is there already a charging document filed for this defendant for this case in this district?

☒ Yes    ☐ No        If yes: Complaint

If yes, please enter the cause number below:

  CR Enter CR Cause Number here.    or    MJ 24-5388 BHS

Has the Defendant had an initial appearance in this case in this district?    ☐ Yes    ☒ No

**Defendant Location**

☐ At the FDC under the cause number indicated above.

☐ At the FDC under a different cause number: Enter different cause number here.

☒ In custody under this cause number in another District: Southern District of California, Rule 5 transfer

☐ In custody (different cause number) in another District: Enter other info here.

☐ In local custody: Enter local jurisdiction here.

☐ In the community on supervision under cause number: Enter cause number here.

☐ At large.

☐ Other: Click or tap here to enter text.

**Release**

☐ Continue Conditions of release

☐ Continue Detention

☒ Not set; temporary detention; detention hearing scheduled for: TBD

**Arraignment**

☐ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).

☐ Summons to be issued for: Click or tap to enter a date.

  ☐ Defendant Address: Click or tap here to enter text.

☒ Letter to defense counsel for appearance on: 12/30/2024

  ☐ Defense Counsel name and address: WAYNE CLARK FRICKE, Hester Law Group Inc PS, 1008 S Yakima Ave Ste 302, Tacoma, WA 98405

**Trial**

Estimated trial length (days): 5 days